Lena Baumann, Respondent, v. Henry C. Steingester and Others, Defendants, Impleaded with Magdalena Fuhge, Appellant.—Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ., concurred.

Frank Godesky, Appellant, v. Elizabeth A. Cuff and Michael Cuff, Respondents, Impleaded with Nassau Lumber Company, Defendants.— The original plans and photographs and such part of the specifications as pertain to stucco and plastering may be produced on the argument. Order modified accordingly, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas and Putnam, JJ., concurred.

Galando Gonzirtis, Respondent, v. John Arbuckle and William A. Jamison, Doing Business under the Style and Firm Name of Arbuckle Brothers, Appellants.— Order affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ., concurred.

In the Matter of the Application of Charles E. McCullough, Respondent, to Revoke and Cancel the Liquor Tax Certificate Issued to Martin Duryea, etc., Appellant.— Order affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ., concurred.

In the Matter of the Application of Julia B. Reeve, Appellant, for an Order Adjudging Van Mater Stilwell, an Attorney and Counselor at Law, Respondent, Guilty of Contempt of Court and Punishing Him for Such Contempt in the Action Entitled " Supreme Court, Kings County, Patrick F. Flood, Plaintiff, v. Julia B. Reeve, Defendant."— Order affirmed, without costs, upon the ground that the appellant invited the status that entailed liability and damages. Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ., concurred.

In the Matter of the Application of the City of New York, Respondent, Relative to Acquiring Title in Fee to the Lands, etc., for the Purpose of Opening Robinson Street from Bedford Avenue to New York Avenue, and Winthrop Street from Nostrand Avenue to Remsen Avenue, in the Twenty-ninth Ward, Borough of Brooklyn, City of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ., concurred.

In the Matter of the Application of Scarsdale Company, Appellant, for an Order Directing the Payment by the County Treasurer of Westchester County of Money Deposited to Discharge a Certain Alleged Mechanic's Lien, Filed by Yerks & Company, Respondent. (Appeal No. 2.)— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ., concurred.

Maxwell Lazarus, Respondent, v. Mary Agnes McConville and Daniel A. Doran, Appellants, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

John Lorbach, Appellant, v. Madeira-Mamore Railway Company, Respondent.—We think the complaint sufficiently definite and certain. The matter in the complaint objected to as irrelevant is not sufficiently